IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.   Case No.: 4:17cr33-MW/MAF

TEDRICK CHILDS,

   *Defendant.*
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 49. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 49, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's motion to vacate, set aside, or correct sentence, ECF No. 48, is **DENIED and DISMISSED** as untimely." A certificate of appealability is **DENIED**. The Clerk shall close the

file.

**SO ORDERED on April 26, 2021.**

**s/Mark E. Walker            
Chief United States District Judge**
